1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. CR- 12-702 PJH
                                   )
12              Plaintiff,         )   STIPULATION AND [PROPOSED]
                                   )   ORDER PERMITTING PASS FOR
13  vs.                            )   DINNER
                                   )
14  ERASMO HERNANDEZ,              )
                                   )
15              Defendant.         )
    _____)
16

17       On October 25, 2012, this Court ordered that Erasmo Hernandez be released from

18  custody to reside at the home of his wife in Concord. The Court ordered that Mr.

19  Hernandez would be subject to electronic monitoring and would be on lockdown.

20       Mr. Hernandez has been home for almost seven months. He has been confined to

21  the house save for Narcotics Anonymous meetings and English language classes. This

22  Court has also permitted him to spend one hour per day exercising outdoors.

23       Mr. Hernandez and his wife would like to go to dinner on Saturday, May 18, 2013.

24  They will go to dinner in at the Black Angus restaurant in Pleasant Hill, and seek

25  permission for Mr. Hernandez to be outside the home between 5:00 p.m. and 10:00 p.m. on

26  that day for the dinner, allowing for traffic. Mr. Hernandez has been permitted to go to

dinner in the past without any incident.

Neither Mr. Hernandez's United States Pretrial Services Officer or the government object to this request.

Dated: May 15, 2013                    /S/
                                       NED SMOCK
                                       Assistant Federal Public Defender

Dated: May 15, 2013                    /S/
                                       CHINHAYI CADET
                                       Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing therefore, it is the ORDER of this Court that the release conditions of defendant Erasmo Hernandez shall be modified to permit him to go to dinner in Pleasant Hill on Saturday, May 18, 2013 between 5:00 p.m. and 10:00 p.m.

Dated: May 16, 2013                    *Kandis Westmore*
                                       HON. KANDIS WESTMORE
                                       United States Magistrate Judge